AMRANE COHEN
Chapter 13 Trustee
Orange City Square
770 The City Drive South, Suite 3300
Orange, CA  92868
(714) 621-0200

FILED
OCT - 2 2007
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:                                                                ) Chapter 13
                                                                      ) Case No.  SA 07-11813 TA
DAVID PAUL        BRANDT                                              )
                                                                      ) **TRUSTEE'S REPORT AND MOTION FOR**
                                                                      ) **CONFIRMATION OF PLAN**
                                                                      ) **AND ALLOWANCE OF FEES**
                            Debtor(s)                                 )
                                                                      )

Comes now the duly appointed Trustee in this case, and from the First Meeting of Creditors shows to the Court the following:

   Debtor's net income is **$3,304.00** per month

   Spouse/other net income is **$0.00** per month

   Debtor's Budget shows **$100.00** disposable income.

   Debtor proposes to pay **$100.00**\*\* per month into the Plan.

   Estimated number of months to complete: **60** months.

   This Plan will pay **12%** to unsecured creditors.

By interlineation: **The plan payment remains $100.00 per month for the first 36 months; it then increases to $869.38 for months 37 through 57; and finally, increases to $954.00 for months 58 through 60. This is a base plan with all tax refunds pledged into the plan for the duration of the plan. The base amount is $24,711.00. The dividend to unsecured creditors increases to 12%.**

The Plan complies with all requirements of 11 U.S.C. §1322 and §1325.

   WHEREFORE, the Trustee prays that the Court approve this report, confirm debtor's Plan, and allow attorney fees in the amount set forth in the Order Confirming Plan.

Dated:  September 29, 2007                                  _____
                                                            Amrane Cohen, Chapter 13 Trustee

ORIGINAL